

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, June 03, 2015

O.D. VAN DUREN Jr.
TDC# 1834715
RAMSEY UNIT
1100 FM 655
ROSHARON, TX 77583-7670

District Attorney Harris County
Devon Anderson
Appellate Section
1201 Franklin St.  Ste. 600
Houston, TX 77002-1901
* DELIVERED VIA E-MAIL *

**Re:** VAN DUREN, O.D. JR.
**CCA No.** PD-0200-15
**Trial Court Case No.** 1307615

**COA No.** 01-13-00103-CR

The attached order was issued in the above case number.

Sincerely,

Abel Acosta, Clerk

cc:   1st Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
Lisa McMinn (DELIVERED VIA E-MAIL)